# MEMORANDUM

**TO:** Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

FILED
2007 SEP 21 P 1:52

**FROM:** U.S. District Judge Harry S. Mattice

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Kenneth A. Jones - Case No. 1:07-cr-25

**Name of Expert or Investigator:** Trey Aycock, private investigator.

**Address:** 1010 Market Street, Suite 204, Chattanooga, Tennessee 37402.

**Type of Expert:** Counsel states in her motion for authorization for additional investigative services [Doc. No. 24] that additional investigative services are needed to adequately prepare for the trial of this case. Counsel states trial preparation is extended by the named and unnamed co-conspirators. Investigative services are needed concerning witnesses located in Crossville, Tennessee and documentary evidence located in Bledsoe County, thus significant time is spent traveling by the investigator to interview witnesses and perform further investigation into the facts of the case.

**Reason for Application:** On May 9, 2007, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. No. 17]. The reason for the application is set out in the attached Motion for Authorization for Additional Investigative Services and affidavit in support stating that further investigative services will require an additional cost of $3,000.00 for a total approved amount of $4,600.00.

**Estimated Compensation.** $4,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $3,000.00.

_____  8/13/2007
U.S. District Judge Harry S. Mattice    Date

_____  9-17-07
Honorable Alice M. Batchelder    Date
U.S. Court of Appeals