UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:07-cr-25 |
| | ) | Judge Edgar |
| | ) | |
| KENNETH JONES | ) | |


## ORDER


In accordance with the accompanying memorandum opinion filed herewith, the post-trial

motion by defendant Kenneth Jones for judgment of acquittal under Fed. R. Crim. P. 29 and for a

new trial under Fed. R. Crim. P. 33 [Doc. No. 122] is **DENIED**.

SO ORDERED.

ENTER this the 3rd day of November, 2008.


_____*/s/ R. Allan Edgar*_____
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE


1