UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| KENNETH A. JONES, | ) | | |
|---|---|---|---|
| Petitioner, | ) | | |
| v. | ) | Nos. | 1:12-CV-94-HSM |
| | ) | | 1:07-CR-25-HSM-SKL-1 |
| UNITED STATES OF AMERICA, | ) | | |
| Respondent. | ) | | |

## MEMORANDUM AND ORDER

Before the Court is a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by Kenneth Jones ("Petitioner") [Doc. 170]. The government filed an initial response [Doc. 192], and Petitioner filed a reply [Doc. 210]. During pendency of the action, Petitioner has filed three motions to amend his original petition [Docs. 182, 214, 224] and several non-dispositive, discovery-related motions [Docs. 190, 196, 208]. In the most recent motion to amend, Petitioner cites the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), as a novel ground for collateral relief [Doc. 224]. Respondent is **ORDERED** to file a response addressing all of the foregoing motions within thirty (30) days of entry of this order.

**IT IS SO ORDERED.**

                                                     */s/ Harry S. Mattice, Jr.*
                                                     HARRY S. MATTICE, JR.
                                                     UNITED STATES DISTRICT JUDGE